```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                           2:05-cr-34-FtM-29SPC

DONALD J. DEVERSO
_____

## OPINION AND ORDER

This matter comes before the Court on defendant's Appeal to the District Court Judge of Defendant's Motion for Reconsideration of Bail (Doc. #26) filed on June 23, 2005. The government filed its Response (Doc. #27) on July 6, 2005.

The matter is before the Court pursuant to 18 U.S.C. § 3145, and the Court conducts an independent *de novo* review to determine whether the magistrate judge properly found that pretrial detention was necessary. United States v. King, 849 F.2d 485, 490 (11th Cir. 1988). An Order of Detention (Doc. #9) was entered on April 20, 2005, and the magistrate judge denied (Doc. #21) a motion for reconsideration. The Court has carefully read the transcript (Doc. #16), as well memoranda submitted by the parties.

Defendant is charged in a one count Indictment (Doc. #1) with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2). The maximum penalty is ten years imprisonment, and the offense is considered a crime of violence. Title 18 U.S.C. § 3156(4)(C). Both sides have summarized the

evidence presented, although they take different views as to the significance of the evidence. The Court adopts the factual findings of the magistrate judge. Defendant's possession of child pornography; the extended website activity and the nature of that activity; defendant's lifestyle and activities involving children; defendant's frequent and recent international travel; the existence of a fiancee in a foreign country; defendant's interest in buying property in that foreign country; and defendant's statement that he would flee to a foreign country if released, all convince the Court that the government has sustained its burden of showing a risk of flight by the preponderance of the evidence and a danger to the community by clear and convincing evidence.

Accordingly, it is now

**ORDERED**:

Defendant's Appeal to the District Court Judge of Defendant's Motion for Reconsideration of Bail (Doc. #26) is **DENIED** and the decisions of the magistrate judge to detain defendant and not to reconsider that detention are affirmed.

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of July, 2005.

JOHN E. STEELE
United States District Judge

Copies: U.S. Magistrate Judge

-2-